**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              NO. 4:06CR00048 JLH

TRACY BRIAN FLETCHER                                                                   DEFENDANT

## ORDER

The Motion to Amend Restitution filed by the United States is GRANTED. Document #36. The Order of Restitution is amended to add a joint and several defendant, Valencia White (No. 4:07CR00200 WRW). The total amount of restitution ($4,926.00), payable to Bank of America, is now joint and several between Tracy Brian Fletcher, Courtney Johnson (No. 4:06CR00104-01 JMM), and Valencia White.

IT IS SO ORDERED this 9th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE